THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESUS RAMOS, Appellant.

Christ, Acting P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.

(June 21, 1967)

In the Matter of JOHN E. CONNORS, Petitioner.

Ughetta, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

In the Matter of DONALD WILLIAM MORRISON, Petitioner.

Ughetta, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

In the Matter of JAMES M. RAE, Petitioner.

Ughetta, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.